1

2 **INDEX OF EXHIBITS TO NOTICE OF REMOVAL**

3 **IN UNITED STATES DISTRICT COURT**

4 **DISTRICT OF ARIZONA**

5

6 State Court record re *Kadjia Abdiaziz, for the wrongful death statutory beneficiaries of*
*Ibrahim Abdiaziz, Plaintiff, v. Janpal Singh and Jane Doe Singh, husband and wife;*
7 *Mengstab Maekele and Jane Doe Maekele, husband and wife; Satnam Singh dba S. Singh*
*Transport, a California company; John and Jane Does I-X; and ABC Business Entities I-*
8 *X, Defendants*; Yavapai County Superior Court Case No. P1300CV202000604.

9 All process, pleadings and orders filed with the Superior Court:

10 **Exhibit A:**          Summons against Mengstab Maekele

11                             Complaint / Request for Trial by Jury

12                             Certificate of Compulsory Arbitration

13                             Demand for Jury Trial

14                             Discovery Tier Level 3 Designation

15 **Exhibit B:**          Copy of Notice of Filing Notice of Removal (Yavapai County

16                             Superior Court No. P1300CV202000604)

17                             Civil Cover Sheet

18 **Exhibit C:**          Summons against Janpal Singh and Jane Doe Singh

19                             Summons against Satnam Singh dba Singh Transport

20 **Exhibit D:**          Declaration of Matthew D. Kleifield

21 **Exhibit E:**          Correspondence to Co-Defendants Janpal Singh and Satnam

22                             Singh dba S. Singh Transport.

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4819-5620-1935.1

# EXHIBIT A

Person/Attorney Filing: Robert W Boatman
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 530-8000
E-Mail Address: rwb@gknet.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009619, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

Kadija Abdiaziz
Plaintiff(s),
v.
Janpal Singh, et al.
Defendant(s).

Case No.   P1300CV202000604

**SUMMONS**

To: Jane Doe Maekele

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 120 South Cortez Street,
   Prescott, Arizona 86303 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date: *July 23, 2020*

*DONNA McQUALITY*
Clerk of Superior Court

By: *KMADDEN*
Deputy Clerk



2

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
07/21/2020  1:34PM
BY: E MADDEN
DEPUTY

Case No.: P1300CV202000004
HON. DAVID MACKEY

1  Robert W. Boatman (009619)
   rwb@gknet.com
2  Shannon L. Clark (019708)
   slc@gknet.com
3  Matthew R. Boatman (031277)
   matt.boatman@gknet.com
4  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
5  Phoenix, Arizona  85016-9225
   602-530-8000
6
7  *Attorneys for Plaintiff*

8          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9              IN AND FOR THE COUNTY OF YAVAPAI

10

11  Kadija Abdiaziz, for the wrongful death
    statutory beneficiaries of Ibrahim Abdiaziz,
12
                                                    No. _____
13              Plaintiff,
14     v.                                           Complaint
15  Janpal Singh and Jane Doe Singh, husband and    (Tort – Motor Vehicle; Wrongful
    wife; Mengstab Maekele and Jane Doe             Death)
16  Maekele, husband and wife; Satnam Singh dba
    S. Singh Transport, a California company;
17  John and Jane Does I-X; and ABC Business
    Entities I-X,
18
19              Defendants.
20

21          Plaintiff for her Complaint against Defendants, alleges the following:

22                  <u>**PARTIES, JURISDICTION AND VENUE**</u>

23          1.      Kadija Abdiaziz is the spouse of the decedent, Ibrahim Abdiaziz.   At all

24  relevant times, she was a resident of Kenya, Africa.   She brings this claim for the statutory

25  beneficiaries of Ibrahim Abdiaziz, including Ibrahim's parents, Timara Mohammad and

26  Hassan Haji, and his children, Khalid Hassan, Marwa Ibrahim, and Zamzam Ibrahim and

27  the Estate of Abdiaziz Ibrahim (collectively, "Plaintiff").

28          2.      Defendant Janpal Singh (hereafter, "Defendant Singh") was, at the time of the

1  accident, a resident of California, and was acting on behalf of his marital community.  At

2  all times material hereto, Defendant Singh was acting in the course and scope of his

3  employment with Defendant Singh Transport.

4       3.      Defendant Mengstab Maekele (hereafter, "Defendant Maekele") was, at the

5  time of the accident, a resident of Georgia, and was acting on behalf of his marital

6  community (collectively, "Defendants").

7       4.      Defendant Satnam Singh is a California company doing business as S. Singh

8  Transport (hereafter, Defendant "Singh Transport").  Singh Transport is authorized to do

9  business in the State of Arizona, including Yavapai County, where this crash occurred.

10  Defendant Singh Transport is vicariously liable for the acts and omissions of all of the

11  employees and agents, whether party or non-party to this action, done in the course and

12  scope of their employment relationship with Defendant Singh Transport.

13      5.      Defendants John and Jane Does I-X and ABC Business Entities I-X are

14  persons, corporations, companies, partnerships, or other entities which are believed to have

15  participated in the wrongs alleged in this Complaint.  Leave to amend will be sought when

16  the true identities of these Defendants become known.

17      6.      The actions giving rise to this Complaint, caused by all Defendants, occurred

18  in Yavapai County, Arizona.  For these reasons, jurisdiction and venue are proper in

19  Yavapai County, Arizona.

20                          **FACTUAL ALLEGATIONS**

21      7.      On July 27, 2019, Defendant Singh was driving a tractor-trailer east on the I-

22  40 around milepost 105.  Due to reasons unknown, Defendant Singh pulled his truck

23  partially off of the I-40, leaving a portion of it in the road.  At the same time, Defendant

24  Maekele was also driving a semi-truck East on the I-40.  Abdiaziz Ibrahim was asleep in

25  the sleeper cab of the vehicle Defendant Maekele was driving.

26      8.      Sometime around 11:30, on July 27, 2019, Defendant Maekele collided with

27  Defendant Singh's vehicle, triggering a violent explosion.  As a result of the Defendants'

28  negligence, Abdiaziz Ibrahim died in the crash.

2

## COUNT ONE - NEGLIGENCE
### DEFENDANT SINGH

9.    Plaintiff realleges and incorporates by reference all paragraphs as if fully set forth herein.

10.    Defendant Singh, at the above time and place, operated his vehicle in a negligent, careless and reckless manner in that, among other things, he failed to obey traffic laws and fully pull to the side of the road, causing the collision with co-Defendant Maekele.

11.    As a direct and proximate result of Defendant Singh's negligence and carelessness, Plaintiff has lost, and will continue in the future to suffer the loss of love, affection, companionship, care, protection and guidance since the death of Abdiaziz Ibrahim. Plaintiff further experienced pain, grief, sorrow, anguish, stress, shock, and mental suffering, and will continue to do so into the future.

12.    As a direct and proximate result of the negligence of Defendant Singh, Plaintiff has lost income and services as a result of this death, and will continue to do so into the future.

## COUNT TWO - NEGLIGENCE
### DEFENDANT MAEKELE

13.    Plaintiff realleges and incorporates by reference all paragraphs as if fully set forth herein.

14.    Defendant Maekele, at the above time and place, operated his vehicle in a negligent, careless and reckless manner in that, among other things, he failed to obey traffic laws, and smashed into Defendant Singh's vehicle, causing the death of Abdiaziz Ibrahim.

15.    As a direct and proximate result of Defendant Maekele's negligence and carelessness, Plaintiff has lost, and will continue in the future to suffer the loss of love, affection, companionship, care, protection and guidance since the death of Abdiaziz Ibrahim. Plaintiff further experienced pain, grief, sorrow, anguish, stress, shock, and mental suffering, and will continue to do so into the future.

16.    As a direct and proximate result of the negligence of Defendant Maekele,

1    Plaintiff has lost income and services as a result of this death, and will continue to do so
2    into the future.

3                                    **TIER DESIGNATION**

4          17.    Given the magnitude of damages and complex nature of the issues, Plaintiff
5    certifies that this case warrants management and pretrial discovery under Tier 3.

6                                 **DEMAND FOR JURY TRIAL**

7          Plaintiff hereby demands a trial by jury in this matter.

8                                         **PRAYER**

9          WHEREFORE, Plaintiff prays for judgment against the Defendants, jointly and
10   severally, against each of them, including:

11         A.     For compensatory damages according to proof at trial;

12         B.     For the expenses of funeral and burial;

13         C.     For other general and special damages as allowed by law for the wrongful
14   death of Abdiaziz Ibrahim;

15         D.     The income and services that have already been lost as a result of the death,
16   and that are reasonably probable to be lost in the future; and

17         E.     For such further relief and orders as this Court deems appropriate.

18   DATED:  July 23, 2020.

19                                          GALLAGHER & KENNEDY, P.A.

20                                 By: _____

21                                          Robert W. Boatman
                                            Shannon L. Clark
22                                          Matthew R. Boatman
                                            2575 East Camelback Road
23                                          Phoenix, Arizona  85016
                                            *Attorneys for Plaintiff*
24

25

26

27   8124907v1/29627-0001

28

                                              4

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
07/22/2020 *2:14PM
BY: EMARDEN
DEPUTY

Case No.: P1300CV201000484
HON. DAVID MACKEY

Person/Attorney Filing: Robert W Boatman
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 530-8000
E-Mail Address: rwb@gknet.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009619, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| Kadija Abdiaziz<br>Plaintiff(s),<br>v.<br>Janpal Singh, et al.<br>Defendant(s). | Case No.<br><br>**CERTIFICATE OF<br>COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Yavapai County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Robert W Boatman /s/
    Plaintiff/Attorney for Plaintiff

FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
8/21/2020  3:34PM
BY: KMADDEN
DEPUTY

Case No.: P1300CV202000604
HON. DAVID MACKEY

1  Robert W. Boatman (009619)
   rwb@gknet.com
2  Shannon L. Clark (019708)
   slc@gknet.com
3  Matthew R. Boatman (031277)
   matt.boatman@gknet.com
4  Gallagher & Kennedy, P.A.
   2575 East Camelback Road
5  Phoenix, Arizona  85016-9225
   602-530-8000
6  *Attorneys for Plaintiff*

7

8              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9                 IN AND FOR THE COUNTY OF YAVAPAI

10 Kadija Abdiaziz, for the wrongful death
   statutory beneficiaries of Ibrahim Abdiaziz,
11
                                                      No. _____
12          Plaintiff,

13 v.                                                 **Demand for Jury Trial**

14 Janpal Singh and Jane Doe Singh, husband and
   wife; Mengstab Mackele and Jane Doe
15 Mackele, husband and wife; Satnam Singh dba
   S. Singh Transport, a California company;
16 John and Jane Does I-X; and ABC Business
   Entities I-X,
17
18          Defendants.

19

20        Plaintiff, through undersigned counsel, hereby demands a trial by jury of all issues

21 so triable, in accordance with Rule 38(b), Arizona Rules of Civil Procedure.

22        DATED:  July 23, 2020.

23                                    GALLAGHER & KENNEDY, P.A.

24                                    By: _____
25                                        Robert W. Boatman
26                                        Shannon L. Clark
                                          Matthew R. Boatman
27                                        2575 East Camelback Road
                                          Phoenix, Arizona  85016
28 8140416v1/29627-0001                   *Attorneys for Plaintiff*

# EXHIBIT B

1   MATTHEW D. KLEIFIELD, SB #011564
    Matthew.Kleifield@lewisbrisbois.com
2   JACK C. PEMBERTON, SB #024145
    Jack.Pemberton@lewisbrisbois.com
3   **LEWIS BRISBOIS BISGAARD & SMITH** LLP
    Phoenix Plaza Tower II
    2929 North Central Avenue, Suite 1700
4   Phoenix, Arizona 85012-2761
    Telephone: 602.385.1040
    Facsimile: 602.385.1051
5   Firm email: azdocketing@lewisbrisbois.com
    *Attorneys for Mengstab Maekele*

6

7            SUPERIOR COURT OF THE STATE OF ARIZONA

8               IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| Kadija Abdiaziz, for the wrongful death statutory beneficiaries of Ibrahim Abdiaziz, | No. P1300CV202000604 |
| Plaintiff, | **NOTIFICATION OF FILING NOTICE OF REMOVAL OF ACTION** |
| vs. | |
| Janpal Singh and Jane Doe Singh, husband and wife; Mengstab Maekele and Jane Doe Maekele, husband and wife; Satnam Singh dba S. Singh Transport, a California company; John and Jane Does I-X; and ABC Business Entities I-X, | **(The Honorable John Napper)** |
| Defendants. | |

TO:   THE CLERK OF THE COURT, PLAINTIFF AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on the 15th day of October, 2020, Mengstab Maekele ("Defendant") in the above-entitled action, filed his Notice of Removal in the United States District Court for the District Court of Arizona (Phoenix Division) for removal of this action to that Court. A full and correct copy of said Notice of Removal is attached hereto as **Exhibit 1**.

Defendant respectfully requests that this Court proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the District of Arizona.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-9940-0399.1

1      DATED this 27th day of October, 2020.

2                         **LEWIS BRISBOIS BISGAARD &**

3                         **SMITH LLP**

4

                     By: */s/ Matthew D. Kleifield*

5                            Matthew D. Kleifield

6                            Jack C. Pemberton
                            *Attorneys for Mengstab Maekele*

7  ORIGINAL of the foregoing e-filed

8  this 27th day of October, 2020,and copy
    sent Via E-Filing system to:

9

10  The Honorable John Napper
     Yavapai County Superior Court

11

12  COPY of the foregoing e-mailed
     this 27th day of October, 2020 to:

13  Robert W. Boatman

14  Shannon L. Clark
     Matthew R. Boatman

15  Gallagher & Kennedy, P.A.
     2575 East Camelback Road

16  Phoenix, Arizona 85016

17  rwb@gknet.com
     slc@gknet.com

18  matt.boatman@gknet.com

19

20  */s/ Allison E. Moore*

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT C

Person/Attorney Filing: Robert W Boatman
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 530-8000
E-Mail Address: rwb@gknet.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009619, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YAVAPAI

| | |
|---|---|
| Kadija Abdiaziz<br>Plaintiff(s),<br>v.<br>Janpal Singh, et al.<br>Defendant(s). | Case No.   P1300CV202000604<br><br>**SUMMONS** |

To: Janpal Singh

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 120 South Cortez Street, Prescott, Arizona 86303 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date:*July 23, 2020*

*DONNA McQUALITY*
Clerk of Superior Court

By:*KMADDEN*
Deputy Clerk



Person/Attorney Filing: Robert W Boatman
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 530-8000
E-Mail Address: rwb@gknet.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009619, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

Kadija Abdiaziz
Plaintiff(s),
v.
Janpal Singh, et al.
Defendant(s).

Case No.   P1300CV202000604

**SUMMONS**

To: Jane Doe Maekele

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 120 South Cortez Street, Prescott, Arizona 86303 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date:*July 23, 2020*

*DONNA McQUALITY*
Clerk of Superior Court

By:*KMADDEN*
Deputy Clerk



Person/Attorney Filing: Robert W Boatman
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602) 530-8000
E-Mail Address: rwb@gknet.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 009619, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

Kadija Abdiaziz
Plaintiff(s),
v.
Janpal Singh, et al.
Defendant(s).

Case No.   P1300CV202000604

**SUMMONS**

To: Satnam Singh, DBA S. Singh Transport, a California company

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 120 South Cortez Street, Prescott, Arizona 86303 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  YAVAPAI

SIGNED AND SEALED this date:*July 23, 2020*

*DONNA McQUALITY*
Clerk of Superior Court

By:*KMADDEN*
Deputy Clerk



AZturboCourt.gov Form Set #479-3849

2

# EXHIBIT D

1   MATTHEW D. KLEIFIELD, SB #011564
    Matthew.Kleifield@lewisbrisbois.com
2   JACK C. PEMBERTON, SB #024145
    Jack.Pemberton@lewisbrisbois.com
3   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    Phoenix Plaza Tower II
4   2929 North Central Avenue, Suite 1700
    Phoenix, Arizona 85012-2761
5   Telephone: 602.385.1040
    Facsimile: 602.385.1051
6   *Attorneys for Mengstab Maekele*

7

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10  Kadija Abdiaziz, for the wrongful death        No.
    statutory beneficiaries of Ibrahim
11  Abdiaziz,

12              Plaintiff,                          **DECLARATION OF MATTHEW D.
                                                    KLEIFIELD**
13       vs.

14  Janpal Singh and Jane Doe Singh, husband
    and wife; Mengstab Maekele and Jane Doe
15  Maekele, husband and wife; Satnam Singh
    dba S. Singh Transport, a California
16  company; John and Jane Does I-X; and
    ABC Business Entities I-X,
17
                Defendants.
18

19
        The undersigned, <u>Matthew D. Kleifield</u>, hereby declares as follows:
20
        1.      I am counsel for Mengstab Maekele, in this action.
21
        2.      I have firsthand knowledge of the matters set forth herein.  I submit this
22
23  verification pursuant to Local Rules of the United States District Court for the District of
24  Arizona, Local Rule 3.6(b).
25
        3.      Exhibit "A" to the Notice of Removal filed concurrently herewith constitutes
26
27  true and correct copies of all pleadings and other documents filed in the Superior Court of
28

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

4823-1390-4847.1

the State of Arizona, in and for the County of Yavapai against Defendant Mengstab Maekele.

4.      Exhibit "B" to the Notice of Removal filed concurrently herewith constitutes true and correct copies of the Notice of Filing Notice of Removal with the Yavapai County Superior Court No. P1300CV202000604.

5.      Exhibit "C" to the Notice of Removal filed concurrently herewith constitutes the true and correct copies of all pleadings and other documents filed in the Superior Court of the State of Arizona, in and for the County of Yavapai against Defendants Janpal Singh and Satna Singh dba Singh Transport.

6.      Exhibit "E" to the Notice of Removal filed concurrently herewith constitutes two true and correct copies of correspondence sent to Co-Defendants Janpal Singh and Satnam Singh dba S. Singh Transport.  Neither Co-Defendant responded to Defendant's correspondence, and Defendant is not aware of either Co-Defendant filing a responsive pleading to Plaintiff's Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 27th day of October, 2020.

_____
Matthew D. Kleifield

# EXHIBIT E



LEWIS BRISBOIS BISGAARD & SMITH LLP

Jack C. Pemberton
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Jack.Pemberton@lewisbrisbois.com
Direct: 602.385.7842

October 19, 2020

**VIA OVERNIGHT MAIL**

Satnam Singh
S. Singh Transport
12213 Richfield Drive
Rancho Cucamonga, CA 91739

    In re: <u>Kadija Abdiaziz v. Janpal Singh, et. al. – Consent to Removal to Federal Court</u>

Dear Satnam:

    Lewis Brisbois Bisgaard & Smith, LLP represents Mengstab Maekele in the defense of the above-referenced litigation. In the lawsuit, Plaintiff Kadia Abdiaziz alleges that on July 27, 2019, her husband suffered fatal injuries in connection with a commercial vehicle accident on I-40 near milepost 105 in Yavapai County, Arizona. After obtaining the Yavapai County Superior Court file, we understand that you have been served with a copy of Plaintiff's complaint, summons, and other documents. We are unaware whether you have retained counsel as to date no responsive pleading to Plaintiff's complaint has been filed on your behalf.

    We intend to remove this matter from the Yavapai County Superior Court to the United States District Court for the District of Arizona in Phoenix, Arizona. The purpose of this letter is to determine whether you will consent to the removal as set forth in 28 U.S.C. 1446(b)(2). Our deadline to do so is October 28, 2020, so time is of the essence for your response. Enclosed herein for your convenience is a form indicating whether you agree to the removal. Please complete the same by signing and returning it if you consent. You may do so by mailing it in the enclosed, self-addressed stamped envelope. Or, as a matter of convenience, simply e-mail me whether we have your consent to remove.

    If you are not represented by counsel, please feel free to reach out to me if you have any questions. If you are represented, please forward our letter to your counsel immediately. We sincerely appreciate your anticipated cooperation.

Very truly yours,

*Jack C. Pemberton*

Jack C. Pemberton for
LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosures:    Removal Consent Form

## <u>REMOVAL CONSENT FORM</u>

I, Satnam Singh, doing business as Singh Transport hereby consent to having the matter of *Kadjia Abdiaziz v. Janpal Singh, et al.*; Yavapai County Superior Court Case No. P1300CV202000604, removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1446(b)(2).

DATE:_____, 2020


_____
Satnam Singh



Jack C. Pemberton
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Jack.Pemberton@lewisbrisbois.com
Direct: 602.385.7842

October 19, 2020

**VIA OVERNIGHT MAIL**

Janpal Singh
6262 Reseda Boulevard, Apt. 202
Tarzana, California 91335

Re:      In re: <u>Kadija Abdiaziz v. Janpal Singh, et. al. – Consent to Removal to Federal Court</u>

Dear Janpal:

Lewis Brisbois Bisgaard & Smith, LLP represents Mengstab Maekele in the defense of the above-referenced litigation.  In the lawsuit, Plaintiff Kadia Abdiaziz alleges that on July 27, 2019, her husband suffered fatal injuries in connection with a commercial vehicle accident on I-40 near milepost 105 in Yavapai County, Arizona.  After obtaining the Yavapai County Superior Court file, we understand that you have been served with a copy of Plaintiff's complaint, summons, and other documents.  We are unaware whether you have retained counsel as to date no responsive pleading to Plaintiff's complaint has been filed on your behalf.

We intend to remove this matter from the Yavapai County Superior Court to the United States District Court for the District of Arizona in Phoenix, Arizona.  The purpose of this letter is to determine whether you will consent to the removal as set forth in 28 U.S.C. 1446(b)(2).  Our deadline to do so is October 28, 2020, so time is of the essence for your response.  Enclosed herein for your convenience is a form indicating whether you agree to the removal.  Please complete the same by signing and returning it if you consent.  You may do so by mailing it in the enclosed, self-addressed stamped envelope.  Or, as a matter of convenience, simply e-mail me whether we have your consent to remove.

If you are not represented by counsel, please feel free to reach out to me if you have any questions.  If you are represented, please forward our letter to your counsel immediately.  We sincerely appreciate your anticipated cooperation.

Very truly yours,

*Jack C. Pemberton*

Jack C. Pemberton for
LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosures:     Removal Consent Form

4812-6902-0623.1

## <u>REMOVAL CONSENT FORM</u>

I, Janpal Singh hereby consent to having the matter of *Kadjia Abdiaziz v. Janpal Singh, et al.*; Yavapai County Superior Court Case No. P1300CV202000604, removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1446(b)(2).

DATE:_____, 2020

_____
Janpal Singh